IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| FRANCIS WHITE, individually and on behalf of a class of all persons and entities similarly situated, | : : : : | Case No. 23-cv-13806 |
| | : | Hon. Andrea Wood |
| Plaintiff, | : : | |
| v. | : : | |
| GOHEALTH, LLC and ONTARGET DATA SERVICES, LLC | : : : | |
| Defendants. | : | |
| _____/ | | |

## JOINT INITIAL STATUS REPORT

On or about November 8, 2023, the parties reached an agreement in principle that will resolve this case in its entirety and moot the currently pending Motion for Entry of Default against OnTarget Data Services, LLC. Since they filed their Joint Status with the Court [Dkt. 11], the parties have reached agreement on virtually all material aspects of the settlement agreement and are in the process of working out one final issue. The parties request that this matter be continued for 30 days and anticipate that Plaintiff will dismiss this matter prior to the expiration of this period.

Dated: December 15, 2023

| PLAINTIFF, | GOHEALTH, LLC, |
|---|---|
| *s/ Anthony I. Paronich* | *s/ Seth H. Corthell* |
| Anthony I. Paronich | Seth H. Corthell |
| Paronich Law, P.C. | JASZCZUK P.C. |
| 350 Lincoln Street, Suite 2400 | 311 S. Wacker Dr., Suite 2150 |
| Hingham, MA 02043 | Chicago, Illinois 60606 |
| (508) 221-1510 | Telephone: (312) 442-0509 |
| anthony@paronichlaw.com | scorthell@jaszczuk.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

## **CERTIFICATE OF SERVICE**

I, hereby certify that on December 15, 2023, I caused the foregoing to be filed with the Court's CM/ECF system, which served the same on the counsel of record.

*s/ Seth H. Corthell*